UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN SOLAK, Individually and On Behalf of All Others Similarly Situated,<br><br>         Plaintiffs,<br><br>   v.<br><br>SANOFI, CHRISTOPHER VIEHBACHER, DAVID MEEKER and JEROME CONTAMINE,<br><br>         Defendants. | Case No. 13 CIV 8806 (PAE) |
| VINCENT STASIULEWICZ, Individually and On Behalf of All Others Similarly Situated,<br><br>         Plaintiffs,<br><br>   v.<br><br>SANOFI PHARMACEUTICALS, INC., CHRISTOPHER VIEHBACHER, DAVID MEEKER and JEROME CONTAMINE,<br><br>         Defendants. | Case No. 13 CIV 8991 (PAE) |

**MOVANT GLENN TONGUE AND DEERHAVEN CAPITAL MANAGEMENT'S NOTICE OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS AND <u>APPOINTMENT OF LEAD PLAINTIFF AND LEAD AND LIAISON COUNSEL</u>**

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

  PLEASE TAKE NOTICE THAT Glenn Tongue, individually and through his capacity as General Partner of Deerhaven Capital Management ( "Movant"), respectfully moves this Court, pursuant to Section 21D(a)(3)(B) of the Securities and Exchange Act of 1934 (the "Exchange

1

Act"), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), for entry of an Order: (i) consolidating all related actions herewith under Rule 42(a) of the Federal Rules of Civil Procedure; (ii) appointing Movant as Lead Plaintiff on behalf of itself and all others similarly situated who (the "Proposed Class") who, from March 6, 2012 through November 7, 2013, inclusive (the "Proposed Class Period"), purchased or otherwise acquired Sanofi ("Sanofi" or the "Company") contingent value rights ("CVRs" or "shares") and incurred damages as a result of the Defendants' violations of the Federal securities laws; and (iii) appointing Movant's counsel, The Weiser Law Firm, P.C. (the "Weiser Firm") as Lead Counsel for the Proposed Class and Harwood Feffer LLP ("Harwood Feffer") as Liaison Counsel for the Proposed Class.

This motion is supported by the accompanying Memorandum of Law, the Declaration of Robert I. Harwood, and the exhibits annexed thereto, all of the prior pleadings and proceedings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Movant respectfully requests that the Court: (i) consolidate all pending related actions; (2) appoint Movant as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Exchange Act; (3) appoint the Weiser Firm as Lead Counsel and Harwood Feffer as Liaison Counsel for the Proposed Class; and (4) grant such other and further relief as the Court may deem just and proper.

Dated: February 10, 2014  **HARWOOD FEFFER LLP**

By:  s/ Robert I. Harwood
Robert I. Harwood
Daniella Quitt
Samuel K. Rosen
488 Madison Avenue, 8th Floor
New York, NY 10022
Telephone: (212) 935-7400

**THE WEISER LAW FIRM, P.C.**
Robert B. Weiser
Brett D. Stecker
Christopher L. Nelson
James M. Ficaro
22 Cassatt Avenue, First Floor
Berwyn, PA 19312
Telephone: (610) 225-2677
Facsimile:  (610) 408-8062

**RYAN & MANISKAS, LLP**
Katharine Ryan
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
Telephone: (484) 588-5516

*Counsel for Movant Glenn Tongue and Deerhaven Capital Management*