**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN SOLAK, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>SANOFI, CHRISTOPHER VIEHBACHER, DAVID MEEKER and JEROME CONTAMINE,<br><br>                Defendants. | Case No. 13 CIV 8806 (PAE) |
| VINCENT STASIULEWICZ, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>SANOFI PHARMACEUTICALS, INC., CHRISTOPHER VIEHBACHER, DAVID MEEKER and JEROME CONTAMINE,<br><br>                Defendants. | Case No. 13 CIV 8991(PAE) |

**DECLARATION OF ROBERT I. HARWOOD IN SUPPORT OF MOVANT GLENN TONGUE AND DEERHAVEN CAPITAL MANAGEMENT'S NOTICE OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS AND APPOINTMENT OF LEAD <u>PLAINTIFF AND LEAD AND LIAISON COUNSEL</u>**

Pursuant to 28 U.S.C. § 1746, I, Robert I. Harwood, declare as follows:

1. I am a member of the firm of Harwood Feffer LLP. I am admitted to practice in this District. I submit this declaration in support of the motion filed by Glenn Tongue, individually and in his capacity as General Partner of Deerhaven Capital Management ("Movant") to: (1) consolidate the above captioned actions; (2) appoint Movant as Lead Plaintiff; and (3) appoint Lead Counsel and Liaison Counsel for the proposed class.

2. Attached as exhibits are true and correct copies of the following:

    Exhibit A:   Notice of filing of a complaint against Sanofi, dated December 12, 2013;

    Exhibit B:   Certification of Deerhaven Capital Management;

    Exhibit C:   Certification of Glenn Tongue;

    Exhibit D:   Resume of The Weiser Law Firm, P.C.; and

    Exhibit E:   Resume of Harwood Feffer LLP.

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Dated: February 10, 2013

                                        /s/ Robert I. Harwood
                                        Robert I. Harwood