# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN SOLAK, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SANOFI PHARMACEUTICALS, INC., CHRISTOPHER VIEHBACHER, DAVID MEEKER and JEROME CONTAMINE,<br><br>Defendants. | No. 13-cv-08806-PAE |
| VINCENT STASIULEWICZ, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SANOFI PHARMACEUTICALS, INC., CHRISTOPHER VIEHBACHER, DAVID MEEKER and JEROME CONTAMINE,<br><br>Defendants. | No. 13-cv-08991-PAE |

**NOTICE OF MOTION AND MOTION BY JEFFREY MASS AND ASSAF DAVID MARGALIT FOR CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of the Motion For Consolidation, Appointment as Lead Plaintiff and Approval of Counsel by Jeffrey Maas ("Maas") and Assaf David Margalit ("Margalit") filed herewith, proposed Lead Plaintiff Maas and Margalit hereby move this Court, the Honorable Paul A. Engelmayer, United

States District Court, Southern District of New York, Room 1305, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, 10007, for an Order: (1) consolidating the above captioned related actions; (2) appointing Maas and Margalit as Lead Plaintiff on behalf of all persons who purchased or otherwise acquired securities of the contingent value rights (CUSIP: 80105N113, Ticker: "GCVRZ") of Sanofi Pharmaceuticals, Inc. ("Sanofi" or the "Company") between March 6, 2012 and November 7, 2013, inclusive (the, "Class Period"), pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995; (3) approving Lead Plaintiff's selection of Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf Haldenstein") and Pomerantz LLP ("Pomerantz") as Co-Lead Counsel for the Class; and, (4) granting such other and further relief as the Court may deem just and proper.

Dated: February 10, 2014
New York, New York

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
Lesley F. Portnoy
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212-661-1100
Facsimile: 212-661-8665

and

Patrick V. Dahlstrom
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: 312-377-1181
Facsimile: 312-377-1184

**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**
Gregory Mark Nespole
Benjamin Kaufman
270 Madison Avenue
New York, NY 10016
Direct: 212 545 4774
Main: 212 545 4600
Nespole@whafh.com
Kaufman@whafh.com

*Counsel for Movants and Proposed Lead
Counsel for the Class*