

PENNSYLVANIA
22 CASSATT AVE.
BERWYN, PA 19312
TELEPHONE: (610) 225-2677
FACSIMILE: (610) 408-8062

CALIFORNIA
12707 HIGH BLUFF DRIVE, SUITE 200
SAN DIEGO, CA 92130
TELEPHONE: (858) 794-1441
FACSIMILE: (858) 794-1450

Christopher L. Nelson
Direct Dial: (610) 249-0005
Email: cln@weiserlawfirm.com

April 16, 2014

Hon. Paul A. Engelmayer
Thurgood Marshall United States Courthouse
Courtroom 1305
40 Foley Square
New York, NY 10007

Re: *In re Sanofi Securities Litigation*, Case No. 13-CIV-08806

Dear Judge Engelmayer:

We represent Lead Plaintiff in the above-captioned action. We write regarding what appears to be a scrivener's error within the order issued by the Court today (the "April 16, 2014 Order"). Therein, the Court cited Docket Entry No. 29 and referenced Lead Plaintiff's Amended Complaint as being "due April 17, 2014." We believe that pursuant to the Stipulation and Order, the amended complaint is due on April 28, 2014, as it provides that Lead Plaintiff "shall have forty-five (45) days from the entry of this Order to file a consolidated amended complaint." *Id.* at 2. We appreciate the consideration and will be conferring with the other counsel as directed in the April 16, 2014 Order.

Respectfully submitted,

Christopher L. Nelson

cc: All Counsel