UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SANOFI SECURITIES LITIGATION | Case No. 13 Civ. 8806 (PAE)<br><br>ECF Case<br><br>**Oral Argument Requested** |

# NOTICE OF DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE THAT upon the accompanying Memorandum of Law and the Declaration of Joshua S. Amsel, Defendants Sanofi, Christopher Viehbacher, David Meeker and Jérôme Contamine will, and hereby do, move this Court, before the Honorable Paul A. Engelmayer, United States District Judge, United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and at a time to be designated by the Court, for an Order dismissing the Amended Class Action Complaint filed by Lead Plaintiff Glen Tongue, individually and in his capacity as General Partner of Deerhaven Capital Management, in its entirety and with prejudice, under Rules 8, 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b) (2012), and for such other and further relief as the Court may deem just and proper.

Dated: June 27, 2014
New York, New York

Respectfully submitted,

*/s/ John A. Neuwirth*
John A. Neuwirth
Joshua S. Amsel
Caroline Hickey Zalka
Justin D. D'Aloia
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

*Attorneys for Defendants*

**TO:**

Christopher L. Nelson
Robert B. Weiser
James M. Ficaro
THE WEISER LAW FIRM, P.C.
22 Cassatt Avenue, First Floor
Berwyn, Pennsylvania 19312
(610) 225-2677

*Counsel for Lead Plaintiff*

Katharine Ryan
RYAN & MANISKAS, LLP
995 Old Eagle School Road, Suite 311
Wayne, Pennsylvania 19087
(484) 588-5516

*Additional Counsel for Lead Plaintiff*

Robert I. Harwood
Daniella Quitt
Benjamin Sachs-Michaels
HARWOOD FEFFER LLP
488 Madison Avenue, 8th Floor
New York, New York 10022
(212) 935-7400

*Liaison Counsel for Lead Plaintiff*

2
US_ACTIVE:\44509880\2\71937.0075