UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SANOFI SECURITIES LITIGATION | Case No. 13 Civ. 8806 (PAE) |
| AG FUNDS, L.P., et al., Plaintiffs, v. SANOFI, GENZYME CORPORATION, CHRISTOPHER VIEHBACHER, DAVID MEEKER, and JEROME CONTAMINE, Defendants. | Case No. 14 Civ. 2211 (PAE) ECF CASES |

## DECLARATION OF JOSHUA S. AMSEL IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS THE COMPLAINTS

I, Joshua S. Amsel, under penalty of perjury, declare as follows:

1. I am an attorney admitted to practice before this Court and a partner with the law firm of Weil, Gotshal & Manges LLP, attorneys for Defendants Sanofi, Genzyme Corporation, Christopher Viehbacher, David Meeker and Jérôme Contamine (collectively, "Defendants") in the above-captioned actions (the "Actions"). I submit this declaration in support of Defendants' motions to dismiss the complaints in the Actions.

2. True and correct copies of the following exhibits are attached hereto.

| Exhibit | Description |
|---|---|
| 1 | Summary chart of claims and motion to dismiss arguments |
| 2 | Sanofi Registration Statement on Form F-4, filed with the U.S. Securities and Exchange Commission (the "SEC") on March 7, 2011 (excerpts) |
| 3 | Genzyme Alemtuzumab Advisory Committee Briefing Document for the Peripheral and Central Nervous System Drugs Advisory Committee (BLA 103948), dated |

| Exhibit | Description |
|---|---|
|  | November 13, 2013 (excerpts) <available at http://www.fda.gov/downloads/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/PeripheralandCentralNervousSystemDrugsAdvisoryCommittee/UCM374188.pdf> |
| 4 | Genzyme Press Release, October 14, 2010: Genzyme's Alemtuzumab Shows Sustained Reduction in Relapses and Disability in Five-Year Review of MS Patients from Phase 2 Trial |
| 5 | Genzyme Current Report on Form 8-K, filed with the SEC on February 16, 2011 (excerpts) |
| 6 | Sanofi Press Release, April 8, 2011: Sanofi-Aventis Completes Acquisition of Genzyme Corporation |
| 7 | U.S. Food and Drug Administration ("FDA") Guidance for Industry: Providing Clinical Evidence of Effectiveness for Human Drug and Biological Products, dated May 1998 <available at http://www.fda.gov/downloads/Drugs/.../Guidances/ucm078749.pdf> |
| 8 | FDA Drug Study Designs -- Information Sheet: Guidance for Institutional Review Boards and Clinical Investigators <available at http://www.fda.gov/RegulatoryInformation/Guidances/ucm126501.htm> |
| 9 | FDA Guidance for Industry: E10 Choice of Control Group and Related Issues in Clinical Trials, dated May 2001 <available at http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/ucm073139.pdf> |
| 10 | FDA, Center for Drug Evaluation & Research: Manual of Policies & Procedures § 6025.4 <available at http://www.fda.gov/downloads/aboutfda/centersoffices/officeofmedicalproductsandtobacco/cder/manualofpoliciesprocedures/ucm370948.htm> |
| 11 | FDA Alemtuzumab Background Package for the Peripheral and Central Nervous System Drugs Advisory Committee Meeting (BLA 103948/5139), dated November 13, 2013 (excerpts) <available at http://www.fda.gov/downloads/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/PeripheralandCentralNervousSystemDrugsAdvisoryCommittee/UCM374186.pdf> |
| 12 | U.S. National Institutes of Health ("NIH"): A Phase II Study Comparing Low- and High-Dose Alemtuzumab and High-Dose Rebif® in Patients with Early, Active Relapsing-Remitting Multiple Sclerosis <available at http://clinicaltrials.gov/ct2/show/NCT00050778> |
| 13 | Transcript of Genzyme/ILEX Oncology Inc. meeting, March 1, 2004 |
| 14 | Genzyme Press Release, September 16, 2005: Genzyme and Schering AG Announce |

| Exhibit | Description |
|---|---|
| | Interim Results from Trial of Campath for Multiple Sclerosis |
| 15 | Genzyme Press Release, September 14, 2006: Genzyme Reports Interim Results from Trial of Campath® for Multiple Sclerosis |
| 16 | Genzyme Press Release, October 15, 2007: Top-Line Efficacy Data Presented from Phase 2 Trial of Alemtuzumab in Multiple Sclerosis |
| 17 | Alasdair J. Coles, *et al.*, *Alemtuzumab vs. Interferon Beta-1a in Early Multiple Sclerosis*, 359 N. Eng. J. Med. 1786-1801 (October 2008) |
| 18 | Genzyme Press Release, April 14, 2010: Significant Percentage of MS Patients Receiving Alemtuzumab in Genzyme's Phase 2 Trial Remain Free of Clinically-Active Disease |
| 19 | Amendment 3 to Genzyme Solicitation/Recommendation Statement on Schedule 14D-9, filed with the SEC on October 18, 2010 |
| 20 | Genzyme Press Release, September 26, 2007: Genzyme and Bayer Schering Pharma AG, Germany Announce Start of Phase 3 Program with Alemtuzumab for Treatment of Multiple Sclerosis |
| 21 | NIH: Comparison of Alemtuzumab and Rebif® Efficacy in Multiple Sclerosis, Study One (CARE-MS I) <available at http://clinicaltrials.gov/ct2/show/NCT00530348> |
| 22 | NIH: Comparison of Alemtuzumab and Rebif® Efficacy in Multiple Sclerosis, Study Two (CARE-MS II) <available at http://clinicaltrials.gov/ct2/show/NCT00548405> |
| 23 | Amendment 14 to Genzyme Solicitation/Recommendation Statement on Schedule 14D-9, filed with the SEC on December 23, 2010 |
| 24 | Joint Sanofi-Genzyme Press Release, July 11, 2011: Sanofi Reports Positive Top-Line Results from First Phase 3 Study of Alemtuzumab (Lemtrada™) in Multiple Sclerosis |
| 25 | Joint Sanofi-Genzyme Press Release, October 22, 2011: Alemtuzumab (Lemtrada™) Significantly Reduces Relapses in Multiple Sclerosis vs Interferon Beta-1a in a Phase III Study |
| 26 | Sanofi Current Report on Form 6-K, filed with the SEC on November 14, 2011 (excerpts) |
| 27 | Sanofi Current Report on Form 6-K, filed with the SEC on April 25, 2012 |
| 28 | Jeffrey A. Cohen, Alasdair J. Coles, *et al.*, *Alemtuzumab versus interferon beta 1a as first-line treatment for patients with relapsing-remitting multiple sclerosis: a randomized controlled phase 3 trial*, 380 Lancet 1819-28 (November 2012) |

| Exhibit | Description |
|---|---|
| 29 | Alasdair J. Coles, Cary L. Twyman, *et al.*, *Alemtuzumab for patients with relapsing multiple sclerosis after disease-modifying therapy: a randomized controlled phase 3 trial*, 380 Lancet 1829-39 (November 2012) |
| 30 | Sanofi Current Report on Form 6-K, filed with the SEC on March 25, 2013 |
| 31 | Amendment 25 to Genzyme Solicitation/Recommendation Statement on Schedule 14D-9, filed with the SEC on March 7, 2011 (excerpts) |
| 32 | Genzyme Annual Report on Form 10-K, filed with the SEC on March 1, 2011 |
| 33 | Genzyme Current Report on Form 8-K, filed with the SEC on January 11, 2011 |
| 34 | Sanofi Annual Report on Form 20-F, filed with the SEC on March 6, 2012 |
| 35 | Sanofi Current Report on Form 6-K, filed with the SEC on June 12, 2012 (excerpts) |
| 36 | Sanofi Current Report on Form 6-K, filed with the SEC on January 29, 2013 (excerpts) |
| 37 | Transcript of Genzyme-BayerHealth investor call, March 31, 2009 |
| 38 | Sanofi 2012 Half-Year Financial Report, dated July 27, 2012 (excerpts) |
| 39 | Transcript of Sanofi SA Half Year 2012 earnings conference call, July 26, 2012 |
| 40 | Transcript of Sanofi SA Q3 2012 earnings conference call, October 25, 2012 |
| 41 | Transcript of Sanofi SA Full Year 2012 earnings conference call, February 7, 2013 |
| 42 | Sanofi Annual Report on Form 20-F, filed with the SEC on March 7, 2013 |
| 43 | Transcript of Sanofi SA Q2 2013 earnings conference call, August 1, 2013 |
| 44 | European Medicines Agency Summary of Positive Opinion for Lemtrada, June 27, 2013 <available at http://www.ema.europa.eu/docs/en_GB/document_library/Summary_of_opinion_-_Initial_authorisation/human/003718/WC500144904.pdf> |
| 45 | Joint Sanofi-Genzyme Press Release, September 17, 2013: European Commission Approves Genzyme's Multiple Sclerosis Treatment Lemtrada™ (alemtuzumab) |
| 46 | FDA Summary Minutes of the Peripheral and Central Nervous System Drugs Advisory Committee Meeting on November 13, 2013, approved January 14, 2014 <available at http://www.fda.gov/downloads/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/PeripheralandCentralNervousSystemDrugsAdvisoryCommittee/UCM386058.pdf> |
| 47 | Genzyme Press Release, December 30, 2013: Genzyme Receives Complete Response |

US_ACTIVE:\44505783\2\71937.0075

| Exhibit | Description |
|---|---|
| | Letter from FDA on Lemtrada™ (alemtuzumab) Application |
| 48 | Genzyme Press Release, December 13, 2013: Genzyme's Lemtrada™ Approved in Canada for Treatment of Multiple Sclerosis |
| 49 | Genzyme Press Release, December 19, 2013: Genzyme's Lemtrada™ Approved in Australia for Treatment of Multiple Sclerosis |
| 50 | Genzyme Press Release, February 4, 2014: Genzyme's Lemtrada® Approved in Mexico for Treatment of Multiple Sclerosis |
| 51 | Genzyme Press Release, March 21, 2014: Genzyme's Lemtrada™ Approved in Brazil for Treatment of Multiple Sclerosis |
| 52 | Joint Sanofi-Genzyme Press Release, April 7, 2014: Genzyme to Resubmit Lemtrada™ Application for FDA Review |
| 53 | Genzyme Press Release, May 30, 2014: Genzyme's Lemtrada Resubmission Accepted for Review by FDA |
| 54 | Sanofi Press Release, October 8, 2012: Sanofi Announces Final Results of its Modified Dutch Auction Tender Offer for its Outstanding Contingent Value Rights |
| 55 | Transcript of Bloomberg TV interview of Christopher Viehbacher, January 23, 2014 |
| 56 | Compilation of statements of non-actionable puffery and optimism |
| 57 | Summary of cautionary language accompanying forward-looking statements |
| 58 | Genzyme Press Release, October 24, 2011: Sanofi Appoints David Meeker Chief Executive Officer of Genzyme |
| 59 | Transcript of Sanofi SA Q1 2012 earnings conference call, April 27, 2012 |
| 60 | Joint Sanofi-Genzyme Press Release, October 31, 2012: Genzyme Announces Publication of LEMTRADA™ (alemtuzumab) Pivotal Studies in *The Lancet* |
| 61 | Transcript of Sanofi SA Q3 2013 earnings conference call, October 30, 2013 |
| 62 | Transcript of Sanofi SA multiple sclerosis conference call, April 25, 2012 |
| 63 | List of exhibits organized by date |

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 27, 2014          */s/ Joshua S. Amsel*
                                                   Joshua S. Amsel