**Weil, Gotshal & Manges LLP**

BY ECF

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**John A. Neuwirth**
+1 212 310 8297
john.neuwirth@weil.com

December 11, 2014

Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *In re Sanofi Sec. Litig.*, No. 13 Civ. 8806 (PAE); *AG Funds, L.P. v. Sanofi*, No. 14 Civ. 2211 (PAE)

Dear Judge Engelmayer:

In accordance with Section 3(J) of Your Honor's Individual Rules and Practices in Civil Cases, we write to notify the Court that 60 days have passed since October 10, 2014, the date upon which defendants' pending motions to dismiss in the above-referenced actions became fully briefed. We note, however, that oral argument on such motions was held on October 31, 2014.

Respectfully submitted,

*/s/ John A. Neuwirth*
John A. Neuwirth

cc:   By ECF and Email
      Christopher L. Nelson, Esq. (counsel for Lead Plaintiff, *In re Sanofi*)
      James M. Ficaro, Esq. (counsel for Lead Plaintiff, *In re Sanofi*)
      Robert I. Harwood, Esq. (liaison counsel for Lead Plaintiff, *In re Sanofi*)
      Daniella Quitt, Esq. (liaison counsel for Lead Plaintiff, *In re Sanofi*)
      Jeff I. Ross, Esq. (counsel for Plaintiffs, *AG Funds*)
      John B. Orenstein, Esq. (counsel for Plaintiffs, *AG Funds*)
      Harry N. Niska, Esq. (counsel for Plaintiffs, *AG Funds*)