UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE SANOFI SECURITIES LITIGATION

-----------------------------------------------------------------X
AG FUNDS, L.P., et al.,

                     Plaintiffs,

-against-

SANOFI GENZYME. CHRISTOPHER VIEHBACHER,
DAVID MEEKER, and JEROME CONTAMINE,
                     Defendants.
-----------------------------------------------------------------X

13 **CIVIL** 8806 (PAE)

14 **CIVIL** 2211 (PAE)

**JUDGMENT**

      Pending now before the Court are defendants' motions to dismiss both complaints for failure to state a claim, pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b), and the matter having come before the Honorable Paul A. Engelmayer, United States District Judge, and the Court, on January 28, 2015, having rendered its Opinion and Order granting the motions in full, dismissing both complaints in their entirety, with prejudice as to all federal claims, and directing the Clerk of Court to close these cases, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 28, 2015, the motions are granted in full; and both complaints are dismissed in their entirety, with prejudice as to all federal claims; accordingly, these cases are closed.

**Dated:** New York, New York
         January 30, 2015

                                               RUBY J. KRAJICK
                                                Clerk of Court
                              BY:
                                                  Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____