# MANDATE

**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

1:13-cv-08806-PAE

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of March, two thousand and sixteen.

Before:    Barrington D. Parker,
           Raymond J. Lohier, Jr.,
           Susan L. Carney,
                *Circuit Judges.*
_____

Gen. Partner Glenn Tongue, Deerhaven Capital Management,

      Plaintiffs - Appellants,

John Solak, individually and on behalf of all others similarly situated,

      Plaintiff,

Vincent Stasiulewicz, individually and on behalf of all others similarly situated,

      Consolidated Plaintiff,

v.

Sanofi,

      Defendant - Appellee,

Christopher Viehbacher, David Meeker, Jerome Contamine,

      Defendants-Consolidated Defendants - Appellees,

Sanofi Pharmaceuticals, Inc.,

      Consolidated Defendant.
_____

**JUDGMENT**

Docket No. 15-588

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 6, 2016

**MANDATE ISSUED ON 04/06/2016**

The appeal in the above captioned case from the judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is affirmed.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

*[signature: Catherine O'Hagan Wolfe]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[signature: Catherine O'Hagan Wolfe]*